1  BRUCE C. YOUNG, ESQ., Bar #5560
   HILARY B. MUCKLEROY, ESQ., Bar #9632
2  LITTLER MENDELSON
   3960 Howard Hughes Parkway, Suite 300
3  Las Vegas, NV  89169-5937
   Telephone:    702.862.8800
4  Fax No.:       702.862.8811

5  Attorneys for Defendants
   Nevada State Bank and Greg Barrington
6

7

8              UNITED STATES DISTRICT COURT

9                  DISTRICT OF NEVADA

10

11  ACHYUTA P. CHAUDHURI,                    Case No. 2:11-CV-01320-PMP-RJJ

12          Plaintiff,

13  vs.                                      **DEFENDANTS' REQUEST TO EXCUSE
                                             INDIVIDUALLY-NAMED DEFENDANT
14  GREG BARRINGTON, SVP, NEVADA             GREG BARRINGTON FROM
    STATE BANK, A NEVADA BANKING             ATTENDANCE AT ENE SESSION**
15  CORPORATION,

16          Defendants.

17

18          COME NOW Defendants Nevada State Bank ("NSB") and Gregory Barrington, by and

19  through their counsel, Littler Mendelson, and hereby request the Court to allow individual Defendant

20  Gregory Barrington to be excused from attending the ENE session scheduled for November 22,

21  2011.

22          Plaintiff's claims brought against Defendant Barrington are untenable against him as an

23  individual as a matter of law.  Specifically, it is well-established that claims against an individual

24  supervisory defendant for alleged violations of Title VII and for wrongful termination in violation of

25  Nevada public policy are not legally viable because the supervisory employee is not considered to be

26  the statutory "employer."  *See Miller v. Maxwell's Int'l Inc.*, 991 F.2d 583 (9th Cir. 1993); *Pink v.*

27  *Modoc Indian Health Project*, 157 F.3d 1189, 1189 (9th Cir. 1998), *cert. den.*, 528 U.S. 877 (1999);

28  *Bigelow v. Bullard*, 111 Nev. 1178, 1185 (1995).

LITTLER MENDELSON
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702 862 8800

Defendants filed a Motion to Dismiss Plaintiff's Complaint on October 12, 2011 (**Dkt #9**). That motion has been fully briefed and a hearing has been set by the Court for January 5, 2012 (**Dkt #12**). Based on the fact that there is an extremely high likelihood that the claims brought against Defendant Barrington will be dismissed as a matter of law, it is Defendant NSB's position that it not necessary to inconvenience Defendant Barrington by requiring his attendance at the ENE conference. Further, Defendant NSB's corporate representative will be personally present at the ENE conference and will have settlement authority to settle the action on behalf of Defendant NSB as well as Defendant Barrington. Accordingly, Defendants respectfully request that Defendant Barrington be excused from attendance at the ENE.

Dated: November 14, 2011

Respectfully submitted,

_____

BRUCE C. YOUNG, ESQ.
HILARY MUCKLEROY, ESQ.
LITTLER MENDELSON
Attorneys for Defendants

**IT IS SO ORDERED.**

Dated this 16th day of November, 2011.

_____

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

LITTLER MENDELSON
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas  NV  89169-5937
702 862 8800

2.

1

**PROOF OF SERVICE**

2

I am a resident of the State of Nevada, over the age of eighteen years, and not a party

3

to the within action. My business address is 3960 Howard Hughes Parkway, Suite 300, Las Vegas,

4

Nevada, 89169. On November _14_, 2011, I served the within document(s):

5

6

**DEFENDANTS' REQUEST TO EXCUSE INDIVIDUALLY-NAMED DEFENDANT GREG BARRINGTON FROM ATTENDANCE AT ENE SESSION**

7

8

☒   By CM/ECF Filing – Pursuant to FRCP 5(b)(3) and LR 5-4, the above-referenced

9   document was electronically filed and served upon the parties listed below through the Court's Case Management and Electronic Case Filing (CM/ECF) system:

10   ☒   By United States Mail – a true copy of the document(s) listed above for collection and mailing following the firm's ordinary business practice in a sealed envelope

11   with postage thereon fully prepaid for deposit in the United States mail at Las Vegas, Nevada addressed as set forth below.

12

13   Achyuta P. Chaudhuri
2720 W. Serene Ave., Apt 2082
14   Las Vegas, Nevada 89123

15   Plaintiff

16

I am readily familiar with the firm's practice of collection and processing

17   correspondence for mailing and for shipping via overnight delivery service. Under that practice it

18   would be deposited with the U.S. Postal Service or if an overnight delivery service shipment,

19   deposited in an overnight delivery service pick-up box or office on the same day with postage or fees

20   thereon fully prepaid in the ordinary course of business.

21

I declare under penalty of perjury that the foregoing is true and correct. Executed on

22   November _14_, 2010, at Las Vegas, Nevada.

23

24

Maribel Rodriguez

25

26   Firmwide:105119837.1 047326.1006

27

28

LITTLER MENDELSON
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

3.